MARY DOYLE, APPELLANT, *v.* THE RECORDER PRINT-
ING COMPANY OF FAYETTEVILLE, NEW YORK,
RESPONDENT.

*Staying proceedings until costs of a former action are paid — how the identity of the
two actions may be established.*

APPEAL from an order of the Oswego Special Term staying the
plaintiff's proceedings in this action, until the defendant's costs in a
former action, commenced by the same plaintiff, are paid.

The former action having been dismissed before service of a com-
plaint therein a question arose upon the motion, which resulted in
the order from which this appeal is taken, whether the two suits
were brought upon the same identical cause of action. The com-
plaint in the present action is for an alleged libel published in
June, 1882. The first action was begun subsequently to such pub-
lication, and the plaintiff claims in the affidavits read by her in
opposition to the motion that such suit was not brought to recover
damages for the alleged libel, but was brought to procure an injunc-
tion restraining the defendant from libelling the plaintiff.

The court at General Term said: " The judge at Special Term
seems to have believed the declarations of the plaintiff's attorney on
that point, as sworn to in the moving affidavits, to the effect that
the two actions were for the same cause, rather than the averments
in the opposing affidavits as to the cause of action in the first suit,
and we see no reason to disturb his conclusion in that respect. The
appellant's counsel has called our attention to the recent case of
*Phelps* v. *Gee* (29 Hun, 202). That case does not aid the appellant
for the reason that the only question decided by it does not appear
to have been raised in the present case at Special Term. The
appeal papers do not show that any objection was made to the
nature of the evidence by which the defendant sought to show
the cause of action for which the first suit was brought, and the
objection cannot be raised for the first time on appeal. The claim
of the plaintiff's attorney that the motion should have been denied
for the reason that no demand had been made for the payment of
the costs in the former action, and no execution had been issued to

collect the·same, and that the defendant was guilty of laches in not making the motion at the first opportunity, cannot be maintained."

*S. J. Billington*, for the appellant.

*A. W. Wilkin*, for the respondent.

Opinion by SMITH, P. J.; HARDIN and BARKER, JJ., concurred.

Order affirmed, with ten dollars costs and disbursements.